**Renato Patino TEODORES, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–75521.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 4, 2008.

Renato Patino Teodores, Pomona, CA, pro se.

CAC–District, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Kurt B. Larson, Esquire, Stacy S. Paddack, Esquire, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Renato Patino Teodores, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider the underlying denial of his application for cancellation of removal.

Petitioner has waived any challenge to the BIA's order denying his motion to reconsider by failing to raise any arguments related to the BIA's dispositive determination that the motion to reconsider was untimely. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

